JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2002

FILED
CLERK'S OFFICE

## DOCKET NO. 1419

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE K-DUR ANTITRUST LITIGATION

*Carpenter Local 1098 Welfare Fund v. Schering-Plough Corp., et al.*, M.D. Louisiana, C.A. No. 3:02-251

### CONDITIONAL TRANSFER ORDER (CTO-7)

On August 15, 2001, the Panel transferred seven civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407. Since that time, 15 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Joseph A. Greenaway, Jr.

It appears that this action involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Greenaway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is hereby transferred under 28 U.S.C. 1407 to the District of New Jersey for the reasons stated in the order of August 15, 2001, 176 F.Supp.2d 1377, (J.P.M.L.2001) and, with the consent of that court, assigned to the Honorable Joseph A. Greenaway, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

OFFICIAL FILE COPY  IMAGED APR 11 '02